AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
JUL 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ITPE Pen. Trust & Trustees, 6851 Jericho Turnpike, Suite 255, Syosset, NY 11791 and ITPE H & W Trust & Trustees, 24 Oglethorpe Prof. Blvd., Savannah, GA 31206 and ITPE Annual Ben. Trust and Trustees, 6841 Jericho Turnpike, Suite 255, Syosset, NY 11791

**SUMMONS IN A CIVIL CASE**

V.

Knight Protective Service, Inc.
8507 Edgeworth Drive
Capitol Heights, MD 20743

CASE NUMBER  1:06CV01220

JUDGE: Ellen Segal Huvelle

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 07/06/2006

TO: (Name and address of Defendant)

Knight Protective Service
8507 Edgeworth Drive
Capitol Heights, MD 20743

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

H. DAVID KELLY, JR.
BEINS AXELROD
1625 MASS. AVE. N.W.
# 500
W.D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL - 6 2006
CLERK                                          DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ITPE Pension Trust, et al.

vs.

Knight Protective Service, Inc.

No. 1:06CV01220 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint for Contributions, Interest and Liquidated Damages Owed to Employee Benefit Plans and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:30 am on July 10, 2006, I served Knight Protective Service, Inc. at 8507 Edgeworth Drive, Capitol Heights, Maryland 20743 by serving, Marjorie McLaughlin, Resident Agent, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     44
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  155
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 7-11-06
Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 173227