IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ITPE PENSION TRUST,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06 cv 01220 |
| ) | |
| **KNIGHT PROTECTIVE SERVICE, INC.** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Meredith S. Campbell as attorney for the Defendant, Knight Protective Service, Inc.

Respectfully Submitted,

SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.


By: _____/s/_____
    Fred S. Sommer
    Meredith S. Campbell
    11921 Rockville Pike, Third Floor
    Rockville, Maryland 20852
    (301) 230-5200
    Counsel for Defendant