IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ITPE PENSION TRUST,** *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**KNIGHT PROTECTIVE SERVICE, INC.** )<br>)<br>Defendant. )<br>) | Case No. 06 cv 01220 |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Knight Protective Service, Inc. ("Knight")

certify that to the best of my knowledge and belief, the following are parent companies,

subsidiaries or affiliates of Knight which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for

recusal.

                                                              _____/s/_____
                                                                Fred S. Sommer
                                                                Meredith S. Campbell
                                                                11921 Rockville Pike, Third Floor
                                                                Rockville, Maryland 20852-2743
                                                                (301) 230-5200

                                                                Counsel for Defendant