IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ITPE PENSION TRUST,** *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**KNIGHT PROTECTIVE SERVICE, INC.** )<br>)<br>Defendant. )<br>) | Case No. 06 cv 01220 |

## JOINT MOTION FOR CONTINUANCE

The parties, plaintiffs ITPE Pension Trust, *et al.* and defendant Knight Protective Service, Inc., by and through undersigned counsel, respectfully request that the Court postpone the Initial Scheduling Conference currently set for September 7, 2006. Counsel for both parties have previously-scheduled vacations during the month of August. A two week postponement will permit counsel to confer and to submit their Reports as required by the Court and by the Federal and Local Rules. Neither party will be adversely affected by this continuance.

Counsel for both parties are available for the conference on any of the following dates: September 20, 21, or any date during the week of September 25 – 29.

Respectfully submitted,

| BEINS, AXELROD, | SHULMAN, ROGERS, GANDAL, |
| GLEASON & GIBSON, P.C. | PORDY & ECKER, P.A. |
| | |
| By:_____/s/_____ | By:_____/s/_____ |
| H. David Kelly, Jr. | Fred S. Sommer |
| 1625 Massachusetts Avenue, N.W. | Meredith S. Campbell |
| Suite 500 | 11921 Rockville Pike, Third Floor |
| Washington, D.C. 200336 | Rockville, Maryland 20852 |
| (202) 238-7222 | (301) 230-5200 |
| Counsel for Plaintiff | Counsel for Defendant |