## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ITPE PENSION TRUST,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06 cv 01220 |
| ) | |
| **KNIGHT PROTECTIVE SERVICE, INC.** ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Joint Motion for a Continuance, it is this ____ day of _____ ___, 2006,

**ORDERED**, that Initial Scheduling Conference is set for September __, 2006, at _____.

_____
ELLEN SEGAL HUVELLE
United States District Judge

cc: All Counsel of Record