UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ITPE PENSION TRUST,** *et al.*, | * | |
| Plaintiffs, | * | CASE NO. 1:06-cv-01220-ESH |
| v. | * | |
| **KNIGHT PROTECTIVE SERVICE, INC.,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF CASE IN BANKRUPTCY COURT

You are hereby notified that a federal bankruptcy petition was filed by the Defendant under Chapter 11 of the United States Bankruptcy Code on December 22, 2006, in the United States Bankruptcy Court for the District of Maryland (Greenbelt Division), Case No. 06-18409-TJC. Pursuant to Section 362 of the Bankruptcy Code, all legal proceedings against this Debtor/Defendant are automatically stayed.

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.

/s/  Stephen F. Fruin
Stephen F. Fruin, DC Bar #232231
Kevin G. Hroblak, DC Bar No. #MD26180
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Counsel for the Debtor/Defendant
and Debtor in Possession,
Knight Protective Service, Inc.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of January, 2007, a copy of the foregoing *Notice of Filing of Case in Bankruptcy Court* was sent by first-class mail, postage prepaid, to:

            H. David Kelly, Jr., Esquire
            Beins, Axelrod, Gleason & Gibson, P.C.
            1625 Massachusetts Avenue, N.W.
            Suite 500
            Washington, DC 20036-2001


            /s/  Kevin G. Hroblak

*1718095*