## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ITPE PENSION TRUST, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1220 (ESH) |
| ) | |
| KNIGHT PROTECTIVE SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The Court having been advised this 19th day of January, 2007 that defendant has filed a federal bankruptcy petition in the United States Bankruptcy Court for the District of Maryland (Greenbelt Division) and that all legal proceedings against defendant have been automatically stayed pursuant to Section 362 of the Bankruptcy Code, the above-captioned action will be stayed until such time as the automatic stay is modified or lifted.

The Clerk of the Court is hereby directed to administratively close this case during the pendency of the automatic stay.

The Status Conference now set for April 3, 2007 is hereby **VACATED**.

Defense counsel is directed to notify the Court when the automatic stay is lifted.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  January 19, 2007